The request for adjournment sine die is GRANTED. The parties shall file a joint status letter update by October 3, 2025.

Date: 9/4/2025                SO ORDERED.

LEWIS J. LIMAN
United States District Judge



| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Marina Moraru<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2456 |

September 4, 2025

**VIA ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

   Re:  *K.U. et al. v. N.Y.C. Dep't of Educ.,* 25-5848 (LJL)(GS)

Dear Judge Liman:

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

  I write to respectfully request the adjournment, *sine die,* of the Initial Pretrial Conference ("IPTC") currently scheduled for September 22, 2025 at 2:00 p.m., and accordingly, the attendant submission of a proposed Case Management Plan (CMP). Plaintiffs consent to this request. This is the first request for an adjournment. Since this is an IDEA fees-only claim and neither liability nor discovery is at issue, a conference is unnecessary. Defendant expects to be able to make an offer of settlement in the next few weeks, and the parties propose to submit a status update regarding settlement negotiations by October 3, 2025. This office has settled all but one of the many dozens of similar IDEA fees-only cases brought by plaintiffs represented by the Dayan firm in recent years without the need to burden the court with any motion practice, and often without the need to attend conferences or to file an Answer. The parties are hopeful this matter will follow the same course.

  Therefore, Defendant respectfully requests that the Court adjourn the IPTC and CMP submission, *sine die*, with a joint status letter due October 3, 2025.

  Thank you for considering this request.

                Respectfully submitted,

                */s/ Marina Moraru*
                Marina Moraru, Esq.
                Special Assistant Corporation Counsel

cc:  Adam Dayan, Esq. (via ECF)